IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 15-cv-00661-REB-MEH

MODMARKET LLC,

    Plaintiff/Counter Defendant,

v.

MOD SUPER FAST PIZZA LLC,

    Defendant/Counter Claimant.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on June 18, 2015.**

The Joint Motion to Enter Stipulated Protective Order [filed June 18, 2015; docket #38] is **granted as modified**. Because the Court will not retain jurisdiction once a case is closed, the Court has removed original paragraph 24, which read, "The court shall retain jurisdiction following the termination of this civil action to enforce the terms of this Protective Order." With that paragraph removed *sua sponte*, the parties' Stipulated Protective Order is accepted and filed contemporaneously with this minute order.