**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Action No.  15-cv-00661-REB-MEH

MODMARKET, LLC, a Colorado limited liability company,

    Plaintiff, Counterclaim-Defendant,

v.

MOD SUPER FAST PIZZA, LLC, a Delaware limited liability company,

    Defendant, Counterclaim-Plaintiff.

## ORDER OF DISMISSAL

**Blackburn, J.**

The matter is before me on the **Stipulated Dismissal** [#42][1] filed August 17, 2015. After careful review of the stipulation and the file, I conclude that the stipulation should be approved and that this action should be dismissed with prejudice.

**THEREFORE, IT IS ORDERED** as follows:

1. That the **Stipulated Dismissal** is approved;

2. That all pending pretrial deadlines are vacated; and

3. That this action is dismissed with prejudice with the parties to pay their own attorney fees and costs.

Dated August 17, 2015, at Denver, Colorado.

                                            **BY THE COURT:**

                                            */s/ Bob Blackburn*
                                            Robert E. Blackburn
                                            United States District Judge

---

[1] "[#42]" is an example of the convention I use to identify the docket number assigned to a specific paper by the court's case management and electronic case filing system (CM/ECF). I use this convention throughout this order.